UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 31 PM 4:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, DEPARTMENT OF LABOR, TO THE USE OF THE WESTPORT GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON INTERNATIONAL INSURANCE CO.<br><br>Defendant. | Civil Action No. 05-2379 |

### ORDER GRANTING STEPHEN M. HINES' MOTION TO APPEAR *PRO HAC VICE*

Upon consideration of STEPHEN M. HINES' MOTION TO APPEAR *PRO HAC VICE*, the Court finds the same is well-taken and should be granted. It is therefore

ORDERED that STEPHEN M. HINES be admitted *pro hac vice* for the limited purpose of this lawsuit.

Dated: August 31, 2005

_____
JUDGE PRESIDING

This document entered on the docket sheet in compliance with Rule 58 and _.9(a) _ on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02379 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

James E. Conley
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Stephen M. Hines
FORD NASSEN & BALDWIN, P.C.
8080 North Central Expressway, Suite 160
Dallas, TX 75206

Honorable Bernice Donald
US DISTRICT COURT