IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**THE WESTPORT GROUP, INC.**

    Plaintiff,

Case No.: 05-2379

v.

**WASHINGTON INTERNATIONAL INSURANCE CO.**

    Defendant.

---

ORDER

---

Before the court is the motion of Defendant Washington International Insurance Company requesting the court to stay proceedings pending arbitration.

Upon review of the motion, and for good cause shown, the motion is GRANTED.

**IT IS SO ORDERED** this _23rd_ day of _December_, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/29/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02379 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Stephen M. Hines
FORD NASSEN & BALDWIN, P.C.
8080 North Central Expressway, Suite 160
Dallas, TX 75206

James E. Conley
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT